# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN C. DEL TORO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MICHAEL MARTEL, Warden,<br><br>　　　　　Respondent. | Case No. SA CV 09-0554 PSG (JCG)<br><br>**JUDGMENT** |

　　　IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: **11/10/10**

　　　　　　　　　　　　　　　　　**PHILIP S. GUTIERREZ**
　　　　　　　　　　　　　　　　　HON. PHILIP S. GUTIERREZ
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE